# EXHIBIT F





Mount Vernon Fire Insurance Company

EPL018J1688
Version 2

# Employment Practices Liability Application - All States

THIS COVERAGE IS LIMITED TO CLAIMS FIRST MADE AND REPORTED TO THE COMPANY DURING THE POLICY PERIOD AS STATED IN THE DECLARATIONS OR ANY APPLICABLE EXTENDED REPORTING PERIOD. DEFENSE COSTS SHALL BE APPLIED AGAINST THE RETENTION. PLEASE READ YOUR POLICY CAREFULLY

New York Disclosure Notice: Under EPL 133 NY and EPL162 NY, if made part of your policy, or Section IV Exclusions C, the limits of liability available under this policy may be completely exhausted by the payment of defense costs.

Applicant may qualify for an INSTANT QUOTE by completing Section I below. Section II answers will be required prior to binding and are subject to underwriting approval.

## I. INSTANT QUOTE INFORMATION

Instant Quote is not available for accounts with losses in the past 5 years. If there is a loss history, please complete Section I. and submit details in a claim supplement.

Primary Applicant's name (See #4 to add subsidiary[ies]/affiliate[s]): The Kelemen Company

Location Address: _____  ☐ Same as mailing address

City: _____  State: CA  Zip Code: _____

Web Address: _____  Email Address of primary contact: _____

Description of Operations: Property Management Companies -

Full Time Employees: [redacted]  Part Time: [redacted]  Temporary/Seasonal: [redacted]  Independent Contractors: [redacted]  Leased: [redacted]

How many of the above are located in:  California: [redacted]  Florida: [redacted]  Louisiana: [redacted]  Outside the U.S.: [redacted]

## II. UNDERWRITING INFORMATION

1. Year established: 2018

2. Do more than 50% of all employees currently earn more than $100,000? [redacted]

3. a) Is the applicant a subsidiary of another organization? ☐ Yes ☑ No
   b) Is the applicant a franchisee of another organization? ☐ Yes ☑ No
   c) Name of parent and/or franchisor and location _____

4. Does the applicant want any subsidiary(ies)/affiliate(s) covered? If "Yes," include employees in employee count above and provide: ☐ Yes ☒ No
   a) Name of subsidiary(ies)/affiliate(s): _____
   b) Is the subsidiary(ies)/affiliate(s) at least 50% owned by the applicant? ☐ Yes ☐ No
   c) Does the subsidiary(ies)/affiliate(s) fall within the same class of business as the applicant? ☐ Yes ☐ No

5. Expiring Policy: Retroactive Date _____ Carrier _____ Limits _____ Retention _____ Premium _____

(Attach a statement of details for all "yes" answers to the following questions)

6. a) Has any entity proposed for insurance closed, sold, merged-with or acquired any company in the past 12 months or anticipates doing so in the next 12 months? ☐ Yes ☒ No
   b) Has any entity proposed for insurance downsized, laid off, or reduced staff in the past 12 months or anticipates doing so in the next 12 months? ☐ Yes ☒ No
      If "Yes", what percentage of the workforce was/will be affected? 0

7. Within the last 5 years, has any employment related, or third party discrimination, or third party harassment inquiry, complaint, notice of hearing, claim or suit been made against any entity proposed for insurance or any person proposed for insurance in the capacity of either director, officer, member (if an LLC), or employee of any entity proposed for Insurance? ☐ Yes ☒ No
   If "Yes", complete USLI Claim Supplement for each claim

EPL 5/14 - USLI                                                    Page 1 of 2

Exhibit F
Page 145

8. Is any person proposed for this insurance aware of any fact, circumstance, or situation which may result in an employment claim, or third party discrimination, or third party harassment claim against any entity proposed for Insurance or any of its directors, officers, members (if an LLC), or employees? If "Yes", complete USLI Claim Supplement for each claim  ☐ Yes  ☒ No

9. Has any policy for employment practices liability insurance ever been cancelled or non-renewed by the carrier? (Do not answer if applicant is located in Missouri)  ☐ Yes  ☒ No

### III. WRITTEN EMPLOYMENT GUIDELINES

☐ Applicant currently has a written email/internet policy in place  OR
☒ Applicant agrees to implement a written email/internet policy within 60 days of the effective date of coverage  OR
☐ Applicant does not have a written email/internet policy in place and will not implement such policy.

The written employment policies below are required to obtain coverage with USLI. By checking the boxes below and signing this application, the applicant agrees they either have or will implement and maintain the policies below within sixty (60) days of the effective date of coverage.

☐ Applicant currently has a written anti-discrimination policy in place  OR
☒ Applicant agrees to implement a written anti-discrimination policy within 60 days of the effective date of coverage  OR
☐ Applicant does not have a written anti-discrimination policy in place and will not implement such policy.

☐ Applicant currently has a written anti-harassment policy in place  OR
☒ Applicant agrees to implement a written anti-harassment policy within 60 days of the effective date of coverage  OR
☐ Applicant does not have a written anti-harassment policy in place and will not implement such policy.

### IV. ADDITIONAL APPLICANT INFORMATION

Applicant's Mailing Address: _____
City: _____  State: _____  Zip: _____

Fraud Statement (All Other States): Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

If your state requires that we have information regarding your Authorized Retail Agent or Broker, please provide below.

Retail Agency Name: _____  License #: _____
Retail Agency Phone Number: _____
Agency Mailing Address: _____
City: _____  State: _____  Zip: _____

The signer of this application acknowledges and understands that the information provided in this Application is material to the Insurer's decision to provide the requested insurance and is relied on by the Insurer in providing such insurance. The signer of this application represents that the information provided in this Application is true and correct in all matters. The signer of this Application further represents that any changes in matters inquired about in this Application occurring prior to the effective date of coverage, which render the information provided herein untrue, incorrect or inaccurate in any way will be reported to the Insurer immediately in writing. The Insurer reserves the right to modify or withdraw any quote or binder issued if such changes are material to the insurability or premium charged, based on the Insurer's underwriting guides. The Insurer is hereby authorized, but not required, to make any investigation and inquiry in connection with the information, statements and disclosures provided in this Application. The decision of the Insurer not to make or to limit any investigation or inquiry shall not be deemed a waiver of any rights by the Insurer and shall not estop the Insurer from relying on any statement in this Application in the event the Policy is issued. It is agreed that this Application shall be the basis of the contract should a policy be issued and it will be attached and become a part of the Policy.

Applicant's Signature: _[signature]_    Title: OP. MANAGER    Date: 1/8/18
President, Chairperson of the Board, Managing Member, or Executive Director