# EXHIBIT G

| From: | Amy Hurwicz |
|---|---|
| To: | Katherine (USLI) Dillon |
| Subject: | RE: Prior to Bind Items Required for The Keleman Company Quote # : EPL018J1688 |
| Date: | Friday, January 19, 2018 4:35:33 PM |
| Attachments: | image001.png |
| | image002.jpg |
| | image003.jpg |
| | image004.jpg |

Yes, the statement below is correct.

Thank you,

**Amy Hurwicz**

Associate Broker  |  AmWINS Insurance Brokerage of California, LLC

**T** 310.504.1039  |  **M** 310.408.9143  |  **F** 310.372.1903  |  amy.hurwicz@amwins.com

435 N. Pacific Coast Hwy   |   Suite 200   |   Redondo Beach, CA 90277   |   amwins.com

*An AmWINS Group Company*

California License #0C01319



---

**From:** Katherine (USLI) Dillon [mailto:kdillon@USLI.com]
**Sent:** Friday, January 19, 2018 1:06 PM
**To:** Amy Hurwicz <Amy.Hurwicz@amwins.com>
**Subject:** RE: Prior to Bind Items Required for The Keleman Company Quote #: EPL018J1688

Hi Amy,
Can you please confirm that the signatory is an officer, member of the board of directors, managing member, executive director, owner, partner, or principal with authority to bind Applicant to the representations therein.
Thanks!
**KATHERINE DILLON**
**Underwriting Assistant**
Western Professional Lines



**USLI 3160 Crow Canyon Road, Suite 330, San Ramon, CA 94583**
888-523-5545 ext. 7528, Fax: 925-365-3500
Alt. contact Ilma Husain (ext. 7529); Matt Dungey (ext. 7523);  Russell Johnson (ext. 7506)

---

**From:** Amy Hurwicz [mailto:Amy.Hurwicz@amwins.com]
**Sent:** Thursday, January 18, 2018 4:51 PM
**To:** Katherine (USLI) Dillon
**Subject:** RE: Prior to Bind Items Required for The Keleman Company Quote # : EPL018J1688

Hi Katherine —

Please see attached. Please note that the named insured needs to be amended to be "The Kelemen Company" prior to binding.

Thank you!

Exhibit G
Page 148

**Amy Hurwicz**

Associate Broker  |  AmWINS Insurance Brokerage of California, LLC

**T** 310.504.1039  |  **M** 310.408.9143  |  **F** 310.372.1903  |  amy.hurwicz@amwins.com

435 N. Pacific Coast Hwy  |  Suite 200  |  Redondo Beach, CA 90277  |  amwins.com

*An AmWINS Group Company*

California License #0C01319

---

**From:** Katherine (USLI) Dillon [mailto:kdillon@USLI.com]
**Sent:** Thursday, January 18, 2018 8:29 AM
**To:** Amy Hurwicz <Amy.Hurwicz@amwins.com>
**Subject:** RE: Prior to Bind Items Required for The Keleman Company Quote #: EPL018J1688

Hi Amy,

We will accept docusign as long as the signature if from an officer, member of the board of directors, managing member, executive director, owner, partner, or principal with authority to bind Applicant to the representations therein.  If the operations manager is one of these individuals, please confirm.  Otherwise, we will need the application to be signed by one of the above individuals.

Thanks!

**KATHERINE DILLON**
**Underwriting Assistant**
Western Professional Lines

**USLI 3160 Crow Canyon Road, Suite 330, San Ramon, CA 94583**
888-523-5545 ext. 7528, Fax: 925-365-3500
Alt. contact Ilma Husain (ext. 7529); Matt Dungey (ext. 7523);  Russell Johnson (ext. 7506)

---

**From:** Amy Hurwicz [mailto:Amy.Hurwicz@amwins.com]
**Sent:** Wednesday, January 17, 2018 4:48 PM
**To:** Katherine (USLI) Dillon
**Subject:** RE: Prior to Bind Items Required for The Keleman Company Quote # : EPL018J1688

Hi Katherine –

Will you accept a docusign from the operation manager?

Thank you,

**Amy Hurwicz**

Associate Broker  |  AmWINS Insurance Brokerage of California, LLC

**T** 310.504.1039  |  **M** 310.408.9143  |  **F** 310.372.1903  |  amy.hurwicz@amwins.com

435 N. Pacific Coast Hwy  |  Suite 200  |  Redondo Beach, CA 90277  |  amwins.com

*An AmWINS Group Company*

California License #0C01319



**From:** kdillon@usli.com [mailto:kdillon@usli.com]
**Sent:** Wednesday, January 17, 2018 10:22 AM
**To:** Amy Hurwicz <Amy.Hurwicz@amwins.com>
**Subject:** Prior to Bind Items Required for The Keleman Company Quote #: EPL018J1688

Image removed by sender.

**Applicant Name:** The Keleman Company
**Quote Number:** EPL018J1688

## WE NEED YOUR HELP - COVERAGE IS NOT BOUND

**Thank you for the order to bind the above-mentioned account. After reviewing your request, the following is required prior to binding:**

Underwriter receipt, review and acceptance of the fully completed USLI Employment Practices Liability Application dated no more than 45 days prior to the effective date of coverage and signed by one of the following as applicable: officer, member of the board of directors, managing member, executive director, owner, partner or principal with authority to bind Applicant to the representations therein. We may modify the terms and/or premiums quoted or rescind this quote if the information provided in the completed Application is different from the original submission or there is a significant change in the risk from the date it was quoted.

**Please provide this information by 1/24/18 so we can consider binding with the requested effective date of 1/16/18. Otherwise, we are happy to**

**consider binding coverage on the date we receive the requested information.**

**It is our pleasure to assist you in any way we can. Please call me directly if you have any questions or concerns.**

**Katherine Dillon**

*kdillon@usli.com*

*USLI, 1190 Devon Park Drive, Wayne, Pennsylvania 19087*

*Call: 888-523-5545 ext. 7528; Fax: 610-688-4391*

Image removed by sender.

*Copyright Â© 2018 USLI, All rights reserved.*

This e-mail and any attachments may contain information that is privileged or confidential and is meant solely for the use of person(s) to whom it was intended to be addressed. If you have received this e-mail by mistake, or you are not the intended recipient, you are not authorized to read, print, keep, copy or distribute

this message, attachments, or any part of the same. If you have received this email in error, please immediately inform the author and permanently delete the original, all copies and any attachments of this email from your computer. Thank you

This e-mail and any attachments may contain information that is privileged or confidential and is meant solely for the use of person(s) to whom it was intended to be addressed. If you have received this e-mail by mistake, or you are not the intended recipient, you are not authorized to read, print, keep, copy or distribute this message, attachments, or any part of the same. If you have received this email in error, please immediately inform the author and permanently delete the original, all copies and any attachments of this email from your computer. Thank you

This e-mail and any attachments may contain information that is privileged or confidential and is meant solely for the use of person(s) to whom it was intended to be addressed. If you have received this e-mail by mistake, or you are not the intended recipient, you are not authorized to read, print, keep, copy or distribute this message, attachments, or any part of the same. If you have received this email in error, please immediately inform the author and permanently delete the original, all copies and any attachments of this email from your computer. Thank you





Mount Vernon Fire Insurance Company

## Employment Practices Liability Application - All States

EPL018J1688
Version 2

THIS COVERAGE IS LIMITED TO CLAIMS FIRST MADE AND REPORTED TO THE COMPANY DURING THE POLICY PERIOD AS STATED IN THE DECLARATIONS OR ANY APPLICABLE EXTENDED REPORTING PERIOD. DEFENSE COSTS SHALL BE APPLIED AGAINST THE RETENTION. PLEASE READ YOUR POLICY CAREFULLY

New York Disclosure Notice: Under EPL 133 NY and EPL162 NY, if made part of your policy, or Section IV Exclusions C, the limits of liability available under this policy may be completely exhausted by the payment of defense costs.

Applicant may qualify for an INSTANT QUOTE by completing Section I below. Section II answers will be required prior to binding and are subject to underwriting approval.

### I. INSTANT QUOTE INFORMATION

Instant Quote is not available for accounts with losses in the past 5 years.  If there is a loss history, please complete Section I. and submit details in a claim supplement and submit details in a claim supplement.

Primary Applicant's name (See #4 to add subsidiary[ies]/affiliate[s]):   The Kelemen Company

Location Address: _____   ☐ Same as mailing address

City: _____   State: CA   Zip Code: _____

Web Address: _____   Email Address of primary contact: _____

Description of Operations

Property Management Companies –

Full Time Employees: ███   Part Time: ███   Temporary/Seasonal: ███   Independent Contractors: ███   Leased: ███

How many of the above are located in:   California: ███   Florida: ███   Louisiana: ███   Outside the U.S.: ███

### II. UNDERWRITING INFORMATION

1. Year established:   2018

2. Do more than 50% of all employees currently earn more than $100,000?   ███

3. a) Is the applicant a subsidiary of another organization?   ☐ Yes  ☑ No
   b) Is the applicant a franchise of another organization?   ☐ Yes  ☑ No
   c) Name of parent and/or franchisor and location   _____

4. Does the applicant want any subsidiary(ies)/affiliate(s) covered?  If "Yes," include employees in employee count above and provide:   ☐ Yes  ☒ No

   a) Name of subsidiary(ies)/affiliate(s): _____
   b) Is the subsidiary(ies)/affiliate(s) at least 50% owned by the applicant?   ☐ Yes  ☐ No
   c) Does the subsidiary(ies)/affiliate(s) fall within the same class of business as the applicant?   ☐ Yes  ☐ No

5. Expiring Policy:  Retroactive Date _____  Carrier _____  Limits _____  Retention _____  Premium _____

(Attach a statement of details for all "yes" answers to the following questions)

6. a) Has any entity proposed for insurance closed, sold, merged-with or acquired any company in the past 12 months or anticipates doing so in the next 12 months?   ☐ Yes  ☒ No

   b) Has any entity proposed for insurance downsized, laid off, or reduced staff in the past 12 months or anticipates doing so in the next 12 months?   ☐ Yes  ☒ No
      If "Yes", what percentage of the workforce was/will be affected?   0

7. Within the last 5 years, has any employment related, or third party discrimination, or third party harassment inquiry, complaint, notice of hearing, claim or suit been made against any entity proposed for insurance or any person proposed for insurance in the capacity of either director, officer, member (if an LLC), or employee of any entity proposed for Insurance?   ☐ Yes  ☒ No
If "Yes", complete USLI Claim Supplement for each claim

EPL 5/14 – USLI

Exhibit G
Page 153

8. Is any person proposed for this insurance aware of any fact, circumstance, or situation which may result in an employment claim, or third party discrimination, or third party harassment claim against any entity proposed for Insurance or any of its directors, officers, members (if an LLC), or employees? If "Yes", complete USLI Claim Supplement for each claim ☐ Yes ☒ No

9. Has any policy for employment practices liability insurance ever been cancelled or non-renewed by the carrier? (Do not answer if applicant is located in Missouri) ☐ Yes ☒ No

---

## III. WRITTEN EMPLOYMENT GUIDELINES

☐ Applicant currently has a written email/internet policy in place  OR
☒ Applicant agrees to implement a written email/internet policy within 60 days of the effective date of coverage  OR
☐ Applicant does not have a written email/internet policy in place and will not implement such policy.

The written employment policies below are required to obtain coverage with USLI. By checking the boxes below and signing this application, the applicant agrees they either have or will implement and maintain the policies below within sixty (60) days of the effective date of coverage.

☐ Applicant currently has a written anti-discrimination policy in place  OR
☒ Applicant agrees to implement a written anti-discrimination policy within 60 days of the effective date of coverage  OR
☐ Applicant does not have a written anti-discrimination policy in place and will not implement such policy.

☐ Applicant currently has a written anti-harassment policy in place  OR
☒ Applicant agrees to implement a written anti-harassment policy within 60 days of the effective date of coverage   OR
☐ Applicant does not have a written anti-harassment policy in place and will not implement such policy.

## IV. ADDITIONAL APPLICANT INFORMATION

Applicant's Mailing Address: _____
City: _____ State: _____ Zip: _____

Fraud Statement (All Other States): Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

If your state requires that we have information regarding your Authorized Retail Agent or Broker, please provide below.

Retail Agency Name: _____ License #: _____
Retail Agency Phone Number: _____
Agency Mailing Address: _____
City: _____ State: _____ Zip: _____

The signer of this application acknowledges and understands that the information provided in this Application is material to the Insurer's decision to provide the requested insurance and is relied on by the Insurer in providing such insurance. The signer of this application represents that the information provided in this Application is true and correct in all matters. The signer of this Application further represents that any changes in matters inquired about in this Application occurring prior to the effective date of coverage, which render the information provided herein untrue, incorrect or inaccurate in any way will be reported to the Insurer immediately in writing. The Insurer reserves the right to modify or withdraw any quote or binder issued if such changes are material to the insurability or premium charged, based on the Insurer's underwriting guides. The Insurer is hereby authorized, but not required, to make any investigation and inquiry in connection with the information, statements and disclosures provided in this Application. The decision of the Insurer not to make or to limit any investigation or inquiry shall not be deemed a waiver of any rights by the Insurer and shall not estop the Insurer from relying on any statement in this Application in the event the Policy is issued. It is agreed that this Application shall be the basis of the contract should a policy be issued and it will be attached and become a part of the Policy.

Applicant's Signature: _____   Title: _OP. MANAGER_   Date: _1/8/18_
President, Chairperson of the Board, Managing Member, or Executive Director