Jennifer Yu Sacro, SBN: 208988
E-Mail: jsacro@sacrowalker.com
Thomas J. Placido, SBN: 331404
E-Mail: tplacido@sacrowalker.com
SACRO & WALKER LLP
700 North Brand Boulevard, Suite 610
Glendale, California 91203
Tel.: (818) 721-9597; Fax: (818) 721-9670

Attorneys for Plaintiff
MOUNT VERNON FIRE
INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| MOUNT VERNON FIRE INSURANCE COMPANY, a Nebraska corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE KELEMEN COMPANY INC., a California corporation; TIBOR KELEMEN, an individual; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.<br><br>**PLAINTIFF MOUNT VERNON FIRE INSURANCE COMPANY'S NOTICE OF PARTIES WITH FINANCIAL INTEREST AND CORPORATE DISCLOSURE STATEMENT**<br><br>[Fed. R. Civ. P. 7.1] |

- 1 -
PLAINTIFF MOUNT VERNON FIRE INSURANCE COMPANY'S
CORPORATE DISCLOSURE STATEMENT

# PLAINTIFF MOUNT VERNON FIRE INSURANCE COMPANY'S NOTICE OF PARTIES WITH FINANCIAL INTEREST AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1-1, the undersigned, counsel of record for Plaintiff Mount Vernon Fire Insurance Company, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Mount Vernon Fire Insurance Company is a direct, wholly owned (100%) subsidiary of United States Liability Insurance Company.

2. United States Liability Insurance Company is a direct, wholly owned (100%) subsidiary of U.S. Investment Corporation.

3. U.S. Investment Corporation is a direct, wholly owned (100%) subsidiary of Berkshire Hathaway, Inc.

Except for the foregoing and the named parties, the undersigned is aware of no other interest to report.

DATED: June 9, 2023                                SACRO & WALKER LLP

                                                   By   /s/ Jennifer Yu Sacro
                                                        Jennifer Yu Sacro
                                                        Thomas J. Placido
                                                        Attorneys for Plaintiff
                                                        MOUNT VERNON FIRE
                                                        INSURANCE COMPANY