**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Jennifer Yu Sacro, Esq | SBN: 208988<br>SACRO & WALKER LLP<br>700 N Brand Suite 610   Glendale, CA 91203<br>TELEPHONE NO.: (818) 658-9916 | FAX NO. (818) 721-9670 | E-MAIL ADDRESS<br>ATTORNEY FOR *(Name)*: Plaintiff: MOUNT VERNON FIRE INSURANCE COMPANY | FOR COURT USE ONLY |
|---|---|

**UNITED STATES DISTRICT COURT OF CALIFORNIA - SOUTHERN DIVISION**
STREET ADDRESS: 411 WEST 4TH STREET, ROOM1053
CITY AND ZIP CODE: SANTA ANA, CA 92701
BRANCH NAME: SOUTHERN DIVISION

| PLAINTIFF/PETITIONER: MOUNT VERNON FIRE INSURANCE COMPANY, etc.<br>DEFENDANT/RESPONDENT: THE KELEMEN COMPANY INC., etc., et al. | CASE NUMBER:<br>8:23-cv-01016- DFM |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>USLI.281-Kelemen |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: Civil Cover Sheet; Statement of Consent to Proceed Before a United States Magistrate Judge; Plaintiff Mount Vernon Fire Insurance Company's Notice of Parties with Financial Interest and Corporate Disclosure Statement; Notice to Counsel
3. a. Party served *(specify name of party as shown on documents served)*:
   **THE KELEMEN COMPANY Inc., a California Corporation**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **Paracorp Incorporated, Registered Agent, by serving Vanessa Flanagan - Authorized Agent**
   Age: 25-30 | Weight: 140 | Hair: Black | Sex: Female | Height: 5'3 | Eyes: Brown | Race: Asian

4. Address where the party was served: **2804 Gateway Oaks Dr Ste 100**
   **Sacramento, CA 95833-4346**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **6/21/2023**   (2) at *(time)*: **2:55 PM**
   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:   from *(city)*:   **or** ☐ a declaration of mailing is attached.
   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>**POS010-1/LA409669** |
|---|---|---|

| | |
|---|---|
| PETITIONER: MOUNT VERNON FIRE INSURANCE COMPANY, etc.<br>RESPONDENT: THE KELEMEN COMPANY INC., etc. et al. | CASE NUMBER:<br>8:23-cv-01016- DFM |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                                   (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of **THE KELEMEN COMPANY Inc., a California Corporation**
   under the following Code of Civil Procedure section:

   ☑ 416.10 (corporation)            ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association)     ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)     ☐ 415.46 (occupant)
                                                            ☐ other:

7. **Person who served papers**
   a. Name: **Michael Barber - Nationwide Legal, LLC REG: 12-234648**
   b. Address: **1609 James M Wood Blvd. Los Angeles, CA 90015**
   c. Telephone number: **(213) 249-9999**
   d. **The fee** for service was: **$ 319.85**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
         (i) ☐ owner      ☐ employee      ☐ independent contractor.
         (ii) Registration No.: **2022-028**
         (iii) County: **Sacramento**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **6/21/2023**

**N** Nationwide Legal, LLC
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**
**(213) 249-9999**
**www.nationwideasap.com**

_____  ▶  *(signature)*
**Michael Barber**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)