**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Jennifer Yu Sacro, Esq | SBN: 208988<br>SACRO & WALKER LLP<br>700 N Brand Suite 610   Glendale, CA 91203<br>TELEPHONE NO.: (818) 658-9916 | FAX NO. (818) 721-9670 | E-MAIL ADDRESS:<br>ATTORNEY FOR *(Name)*: Plaintiff: MOUNT VERNON FIRE INSURANCE COMPANY | FOR COURT USE ONLY |
|---|---|

**UNITED STATES DISTRICT COURT OF CALIFORNIA - SOUTHERN DIVISION**
STREET ADDRESS: 411 WEST 4TH STREET, ROOM1053
CITY AND ZIP CODE: SANTA ANA, CA 92701
BRANCH NAME: SOUTHERN DIVISION

| PLAINTIFF/PETITIONER: MOUNT VERNON FIRE INSURANCE COMPANY, a Nebraska corporation<br>DEFENDANT/RESPONDENT: THE KELEMEN COMPANY INC., a California corporation, et al. | CASE NUMBER:<br>8:23-cv-01016-DFM |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>USLI.281-Kelemen |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: Civil Cover Sheet; Statement of Consent to Proceed Before a United States Magistrate Judge (For Use In Direct Assignment of Civil Cases to Magistrate Judges Program Only); Plaintiff Mount Vernon Fire Insurance Company's Notice of Parties With Financial Interest and Corporate Disclosure Statement; Notice to Counsel
3. a. Party served *(specify name of party as shown on documents served)*:
   **TIBOR KELEMEN, an individual**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served: **19100 Von Karman Ave Ste 480**
   **Irvine, CA 92612-6569**
5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: (2) at *(time)*:
   b. ☑ **by substituted service.** On *(date)*: 6/22/2023  at *(time)*: 10:09 AM  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   **Mimi Dinh - Marketing Administrate**
   Age: 18 - 25 | Weight: 100-120 Lbs | Hair: Black | Sex: Female | Height: 5'1 - 5'6 | Eyes: Brown | Race: Asian

   (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   *(date)*: 6/22/2023  from *(city)*: Los Angeles, CA   ☑  or    a declaration of mailing is attached.
   (5) ☑ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>**POS010-1/LA409660** |
|---|---|---|

| | |
|---|---|
| PETITIONER: MOUNT VERNON FIRE INSURANCE COMPANY, a Nebraska corporation<br><br>RESPONDENT: THE KELEMEN COMPANY INC., a California corporation, et al. | CASE NUMBER:<br>8:23-cv-01016-DFM |

   c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

      (1) on *(date)*:                          (2) from *(city)*:

      (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

      (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

      ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☐ On behalf of
      under the following Code of Civil Procedure section:
      
      ☐ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)     ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)          ☐ 415.46 (occupant)
                                                  ☐ other:

7. **Person who served papers**
   a. Name: **Frank Harrigan - Nationwide Legal, LLC REG: 12-234648**
   b. Address: **1609 James M Wood Blvd.  Los Angeles, CA 90015**
   c. Telephone number: **(213) 249-9999**
   d. **The fee** for service was: **$ 239.05**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
         (i) ☐ owner    ☐ employee    ☒ independent contractor.
         (ii) Registration No.: **1530**
         (iii) County: **Orange**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **6/22/2023**

**N** Nationwide Legal, LLC
1609 James M Wood Blvd.
Los Angeles, CA 90015
(213) 249-9999
www.nationwideasap.com

                  **Frank Harrigan**                ▶   */s/ Frank Harrigan*
       (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number, and address): | FOR COURT USE ONLY |
|---|---|
| Jennifer Yu Sacro,Esq | SBN: 208988<br>SACRO & WALKER LLP<br>700 N Brand Suite 610   Glendale, CA 91203<br>TELEPHONE NO.: (818) 658-9916 | FAX NO. (818) 721-9670 | E-MAIL ADDRESS<br>ATTORNEY FOR *(Name):* Plaintiff: MOUNT VERNON FIRE INSURANCE COMPANY | |

| UNITED STATES DISTRICT COURT OF CALIFORNIA - SOUTHERN DIVISION |
|---|
| STREET ADDRESS: 411 WEST 4TH STREET, ROOM1053 |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: SANTA ANA, CA 92701 |
| BRANCH NAME: SOUTHERN DIVISION |

| PLAINTIFF/PETITIONER: MOUNT VERNON FIRE INSURANCE COMPANY, a Nebraska corporation | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: THE KELEMEN COMPANY INC., a California corporation, et al. | 8:23-cv-01016-DFM |

| DECLARATION OF DILIGENCE | Ref. No. or File No.:<br>USLI.281-Kelemen |
|---|---|

I, Frank Harrigan , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: TIBOR KELEMEN, an individual as follows:

Documents:

    See Documents on Attached List

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 6/21/2023 | 2:20 PM | Business | Subject is not in per office administrator, Tam. No good eta<br>19100 Von Karman Ave Ste 480,  Irvine, CA 926126569 |
| 6/21/2023 | 3:45 PM | Business | Subject is not in per staff member at front desk. No ETA. no information provided<br>19100 Von Karman Ave Ste 480,  Irvine, CA 926126569 |
| 6/22/2023 | 10:09 AM | Business | Substituted service on: TIBOR KELEMEN, an individual; 19100 Von Karman Ave Ste 480, Irvine, CA 92612-6569; by serving: Mimi Dinh - Marketing Administrate, Asian Female 18 - 25 100-120 Lbs Black 5'1 - 5'6 Brown. |

Fee for Service: **$ 239.05**
   County:  **Orange**
   Registration No.:  **1530**
**Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**
**(213) 249-9999**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on  June 22, 2023.

Signature: _____

Frank Harrigan

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: LA409660

| Attorney or Party without Attorney: Jennifer Yu Sacro, Esq, SBN: 208988<br>SACRO & WALKER LLP<br>700 N Brand Suite 610<br>Glendale, CA 91203<br>TELEPHONE No.: (818) 658-9916     FAX No. (Optional): (818) 721-9670<br>Attorney for: Plaintiff MOUNT VERNON FIRE INSURANCE COMPANY | E-MAIL ADDRESS (Optional): | FOR COURT USE ONLY |
|---|---|---|
| | Ref No. or File No.: USLI.281-Kelemen | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT OF CALIFORNIA - SOUTHERN DIVISION - SOUTHERN DIVISION

Petitioner: MOUNT VERNON FIRE INSURANCE COMPANY, a Nebraska corporation
Respondent: THE KELEMEN COMPANY INC., a California corporation, et al.

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 8:23-cv-01016-DFM |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons; Complaint; Civil Case Cover Sheet; Civil Cover Sheet; Statement of Consent to Proceed Before a United States Magistrate Judge (For Use In Direct Assignment of Civil Cases to Magistrate Judges Program Only); Plaintiff Mount Vernon Fire Insurance Company's Notice of Parties With Financial Interest and Corporate Disclosure Statement; Notice to Counsel

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

   a. Date of Mailing:        June 22, 2023
   b. Place of Mailing:       Los Angeles, CA
   c. Addressed as follows:   TIBOR KELEMEN, an individual
                              19100 Von Karman Ave Ste 480
                              Irvine, CA 92612-6569

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

Fee for Service: **$ 239.05**
**Nationwide Legal, LLC REG: 12-234648**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**
**(213) 249-9999**
**www.nationwideasap.com**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **June 22, 2023**.

Signature: _____
Arthur Chale

**PROOF OF SERVICE BY MAIL**

Order#: LA409660/mailproof