SACRO & WALKER LLP
700 N. Brand Boulevard, Suite 610
Glendale, California 91203

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOUNT VERNON FIRE INSURANCE COMPANY, a Nebraska corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE KELEMEN COMPANY INC., a California corporation; TIBOR KELEMEN, an individual; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 8:23-cv-01016-KK (ADSx)<br>District Judge Kenly Kiya Kato<br>Magistrate Judge Autumn D. Spaeth<br><br>**AMENDED JUDGMENT**<br><br><br><br><br>Complaint filed: June 9, 2023 |

# **AMENDED JUDGMENT**

This action came before the Court, The Hon. Kenly Kiya Kato, District Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the judgment be entered in favor of Plaintiff Mount Vernon Fire Insurance Company against Defendant The Kelemen Company Inc.; Defendant Tibor Kelemen; The Kelemen Family Trust UDT dated July 26, 2013; and Tibor Kelemen, Trustee of The Kelemen Family Trust UDT dated July 26, 2013 (collectively, the "Judgment Debtors").

Additionally, Plaintiff may withdraw from its defense of Defendants in the underlying actions entitled, *Araceli Ramirez v. The Kelemen Company, et al.*, OCSC Case No. 30-2022-01259089-CU-WT-CJC and *Eric Grimes v. The Kelemen Company, et al.*, OCSC Case No. 30-2022-01259-060-CU-WT-CJC (collectively, the "Underlying Actions"), and shall recover from Judgment Debtors reimbursement for the full amount of attorney's fees and costs incurred by Plaintiff in representing Defendants in the Underlying Actions, in the amount of $214,425.07, plus the additional attorney's fees and costs of $107,206.03 incurred by Plaintiff in the Underlying Actions since the date of filing of its Motion for Summary Judgment, for a total of **$321,631.10.**

Plaintiff shall further recover its costs in this action. Pursuant to L.R. 54-2, "[t]o request that any allowable costs be taxed, a prevailing party entitled to costs under F.R.Civ.P. 54(d)(1) must file an Application to the Clerk to Tax Costs as required by L.R. 54-2.1."

DATED: July 10, 2024

The Hon. Kenly Kiya Kato
United States District Judge